UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL D. BENOIT, )
      Plaintiff )
)
v. ) Civil Action No. 12-30005-KPN
)
EQUABLE ASCENT FINANCIAL LLC, )
      Defendant )

SETTLEMENT ORDER OF DISMISSAL
February 23, 2012

The court, having been advised on February 23, 2012 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk